IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02355-PAB-CBS

PAMELA Y. SIMMONS,
    Plaintiff,
v.

JEFFERSON COUNTY,
RALPH SCHELL, County Administrator,
JENNIFER FAIRWEATHER, Human Resources Director,
MARY PATRICIA MAHER, Former Asst. HR Director,
GLEN HOUPT, Asst. Human Resources Director, and
PATRICIA GILBERT, County Attorney,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's First Motion to Amend Complaint" (filed April 27, 2012) (Doc. # 32).  Pursuant to the Order of Reference dated September 9, 2011 (Doc. # 2) and the memorandum dated April 30, 2012 (Doc. # 33), this matter was referred to the Magistrate Judge.  The court has reviewed the Motion, the tendered "Plaintiff's First Amended Complaint and Jury Demand" (Doc. # 32-1), the entire case file, and the applicable law and is sufficiently advised in the premises.  At the Preliminary Scheduling Conference held on April 23, 2012, the court granted Plaintiff permission to file an amended pleading.  Accordingly,

    IT IS ORDERED that:

    1.    "Plaintiff's First Motion to Amend Complaint" (filed April 27, 2012) (Doc. # 32) is GRANTED.  The tendered "Plaintiff's First Amended Complaint and Jury

Demand" (Doc. # 32-1) is accepted for filing as of the date of this Order.

      2.     In light of the filing of the Amended Complaint, Defendants' Motion to Dismiss (filed December 12, 2011) (Doc. # 14) is DENIED as moot, without prejudice to refiling directed to the Amended Complaint.

DATED at Denver, Colorado this 30th day of April, 2012.

BY THE COURT:

  s/ Craig B. Shaffer
United States Magistrate Judge